# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Apr 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

Deonte Deshawn Morgan

*Defendant(s)*

Case No. 2:25-mj-0064 AC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2024, in the county of Sacramento in the Eastern District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual exploitation of a child |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Carla Ceccon.

☒ Continued on the attached sheet.

/s/ Carla Ceccon
*Complainant's signature*

Carla Ceccon, FBI Special Agent
*Printed name and title*

Sworn to telephonically, pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: April 18, 2025

City and state: Sacramento, California

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Carla Ceccon, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent of the Federal Bureau of Investigation (the "FBI"), and have been since September 2018. I am currently assigned to the FBI's Sacramento Division. Prior to being assigned to the Sacramento Division, I was assigned to the San Francisco Division and served on the Santa Clara County Safe Streets Gang Task Force.

2. As a Special Agent of the FBI, I am authorized to investigate violations of the laws of the United States, and I am a law enforcement officer charged with executing arrest and search warrants under the authority of the United States.

3. My training consisted of twenty-one weeks of New Agent Training classes, during which I received instruction on various aspects of criminal and national security investigations. As part of my training, I received extensive instruction in the areas of criminal law; firearms; rules of evidence; interview techniques; physical surveillance; working with confidential informants; writing affidavits; executing search warrants; analyzing phone records obtained from subpoenas, search warrants, pen registers, and trap and trace devices; and collecting and processing evidence. In addition, I have received specialized training in firearms technology, narcotics investigations, gang investigations, crimes against children investigations, human trafficking investigations, and the extraction of data from digital devices. Throughout my law enforcement career, and as part of my participation in this investigation, I have spoken with, worked with, and gained knowledge from numerous experienced federal, state, and local investigators.

4. Prior to my employment as an FBI Special Agent, I was employed by the Sacramento Police Department for approximately three years. I attended the Sacramento Police Academy for my basic training to become a police officer, which consisted of approximately 980 hours of training. From December 2015 through May 2018, I was assigned to the Office of Operations as a patrol officer working both uniform and plain clothes patrol. During this

assignment, I conducted, as well as participated in, hundreds of investigations including crimes of homicide, robbery, weapons violations, sexual assaults, and various gang- and narcotics-related offenses. As a police officer, I conducted no less than 100 vehicle, probation, and parole searches of people, residences and personal property, resulting in numerous arrests for a variety of criminal statutes. Prior to my employment as a police officer, I was employed by the Colusa County Probation Department as a Deputy Probation Officer for approximately two years. As a Deputy Probation Officer, I participated in hundreds of probation searches of people, residences and personal property.

5. In concert with the Vacaville Police Department, I am conducting an investigation into suspected criminal activity committed in Sacramento County by an individual named Deonte Deshawn Morgan. Based on the facts contained in this affidavit that I have learned and developed during this investigation, I submit that there is probable cause to believe that on or about November 2, 2024, in Sacramento County, Morgan sexually exploited a child in violation of 18 U.S.C. § 2251(a). Accordingly, I make this affidavit in support of a criminal complaint and arrest warrant for Morgan.

6. The facts and information in this affidavit are based on my personal knowledge, my training and experience, information I learned from other law enforcement officers and witnesses, and review of various documents and records. Furthermore, this affidavit does not contain all the facts known to me about the ongoing law enforcement investigation of Morgan.

## II. FACTS ESTABLISHING PROBABLE CAUSE

7. On or about November 12, 2024, law enforcement officers based in Solano County received a report from the National Center for Missing and Exploited Children about online commercial sex advertisements depicting a sixteen-year-old girl (“Minor Victim 1”) located in the Vallejo area. These advertisements appeared on a website operating as MegaPersonals.com, which I know to be a website that facilitates and provides a platform for advertising commercial sex transactions.

///

8. Based on distinctive tattoos visible on Minor Victim 1's body in these MegaPersonals.com advertisements, Vacaville Police Department officers responding to this information identified Minor Victim 1 as a missing juvenile for whom a protective custody warrant had been issued in Sacramento County.[1]

9. On or around the same day officers became aware of Minor Victim 1's advertisements and while operating undercover, these officers contacted the phone number listed on Minor Victim 1's MegaPersonals.com advertisements and arranged for a sex date with Minor Victim 1 to occur at a motel in Vallejo. While conducting surveillance of this motel in connection with this undercover recovery operation, officers twice observed Morgan enter and exit the same motel room which was to be the purported location of officers' undercover sex date with Minor Victim 1. Officers also observed Minor Victim 1 exit this same motel room at a time consistent with the details of the undercover sex date they had arranged with Minor Victim 1.

10. After Minor Victim 1 exited the motel room, responding officers recovered Minor Victim 1, detained and arrested Morgan, and seized an iPhone on his person. Officers also determined that the motel room under surveillance was registered in Morgan's name.

11. I subsequently sought and received a warrant authorizing federal law enforcement personnel to search Morgan's iPhone and data extracted from it for evidence of child sexual exploitation. While executing this federal warrant relating to the contents of Morgan's iPhone, FBI personnel observed and seized a recorded video file described as follows:

a) The video file was created on or around November 2, 2024, and assigned the file name IMG_0862.MOV;

b) The source location of the video file indicated that it was created by the same iPhone and not received from any other source;

c) The video file contained embedded latitude and longitude data indicating that it was created in the North Highlands area of Sacramento;

///

[1] Minor Victim 1's birth certificate indicates that she was born in August 2008.

d) The video is approximately a little less than three minutes in length, and depicts Morgan filming himself in a mirror engaging in sexual intercourse with Minor Victim 1; and

e) Both Morgan's and Minor Victim 1's faces are visible in the video file.

12. Officers from the Vacaville Police Department who are personally familiar with Morgan and Minor Victim 1 from this investigation also viewed the above-described video file. These officers confirmed that Morgan is the person in this video file filming himself in the mirror engaging in sexual intercourse with Minor Victim 1.

13. In or around April 2025, I reviewed a database containing information about licensed drivers maintained by the California Department of Motor Vehicles. In my experience, this database contains accurate and reliable information about people residing or licensed to drive in California. This database contains a record for Morgan which indicates that he was thirty-four years old at the time the above-described video file was created.

14. Based on my training and experience as well as on publicly available information provided by Apple, I know that iPhones are manufactured outside the United States.

## III. <u>CONCLUSION AND REQUESTS</u>

15. On the basis of the above information, I submit that there is probable cause to believe that Morgan caused Minor Victim 1 to engage in sexual conduct for the purpose of producing a visual depiction of that conduct (*i.e.*, the video file he recorded on his iPhone of him engaging in sexual intercourse with Minor Victim 1). I therefore request that a criminal complaint and accompanying arrest warrant be issued for Deonte Deshawn Morgan for violating 18 U.S.C. § 2251(a).

16. I further request that the Court issue an order sealing the criminal complaint, arrest warrant, and accompanying application materials until Morgan is arrested by federal law enforcement agents. Morgan is not presently in law enforcement custody, meaning that posting this application on the public docket could provide him with the opportunity to flee prior to his arrest or tamper with evidence or witnesses.

17. Hence, I submit that good cause exists to seal the criminal complaint and arrest warrant for which I am applying until Morgan is taken into federal custody.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

/s/ Carla Ceccon
CARLA CECCON
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically on: April 18, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/s SAM STEFANKI
Approved as to form by AUSA SAM STEFANKI

**<u>United States v. Deonte Morgan</u>**
**Penalties for Criminal Complaint**

**<u>Defendant</u>**
**DEONTE DESHAWN MORGAN**

VIOLATION: 18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES: Mandatory minimum of 15 years in prison and up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENTS:
$100, pursuant to 18 U.S.C. § 3013)
$5,000, if the defendant is non-indigent, pursuant to 18 U.S.C. § 3014(a)(3);
Up to $50,000, pursuant to 18 U.S.C. § 2259A(a)(3).