MICHELE BECKWITH
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
May 22, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEONTE DESHAWN MORGAN, <br><br> Defendant. | CASE NO. 2:25-cr-0132 JAM <br><br> 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of a Minor; 18 U.S.C. § 2253(a) – Criminal Forfeiture |

INDICTMENT

The Grand Jury charges: T H A T

DEONTE DESHAWN MORGAN,

defendant herein, on or about November 2, 2024, in the County of Sacramento, State and Eastern District of California, attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Minor Victim 1," with the intent that the minor engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, and such visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

///

///

<u>FORFEITURE ALLEGATION</u>: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant DEONTE DESHAWN MORGAN shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violation; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violation, or any property traceable to such property, including but not limited to the following:

    a. iPhone 14, Serial Number: KH21Y5JTVL.

2. If any property subject to forfeiture as a result of the offense alleged in this Indictment, for which the defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*
MICHELE BECKWITH
Acting United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

DEONTE DESHAWN MORGAN

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) - Sexual Exploitation of a Minor; and 18 U.S.C. § 2253(a) - Criminal Forfeiture

*A true bill,*          **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* **22nd** *day of* **May** *, A.D. 20* **25**

_____/s/ J. Murphy_____
*Clerk.*

*Bail, $* **No Process Necessary**

GPO 863 525

<u>**United States v. Deonte Morgan**</u>
**Penalties for Indictment**

VIOLATION:  18 U.S.C. § 2251(a) – Sexual Exploitation of a Child

PENALTIES:  Mandatory minimum of 15 years in prison and up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENTS:
$100, pursuant to 18 U.S.C. § 3013;
$5,000 if the defendant is non-indigent, pursuant to 18 U.S.C. § 3014(a)(3);
Up to $50,000, pursuant to 18 U.S.C. § 2259A(a)(3).

**<u>FORFEITURE ALLEGATION</u>**

VIOLATION:  18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:  As stated in the charging document