HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEONTE DESHAWN MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEONTE DESHAWN MORGAN,<br><br>　　　　Defendants. | Case No. 2:25-cr-00132-JAM<br><br>**FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michelle Beckwith, Acting United States Attorney, through Samuel Stefanki, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Deonte Deshawn Morgan, that the status conference scheduled for July 1, 2025, at 9:00 a.m., be vacated and the matter continued to August 5, 2025, at 9:00 a.m.

The defense requests the additional time in order to further review evidence and to conduct witness interviews. This is the first requested continuance of the Status Conference in this matter.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

DATED: June 23, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for DEONTE DESHAWN MORGAN

DATED: June 23, 2025

MICHELLE BECKWITH
Acting United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the July 1, 2025 **status conference** shall be **CONTINUED** until **August 5, 2025, at 9:00 a.m.**

Dated: June 24, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE