KIMBERLY A. SANCHEZ
Acting United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DEONTE DESHAWN MORGAN,<br><br>              Defendant. | CASE NO. 2:25-cr-00132-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: August 05, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Deonte Deshawn Morgan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 05, 2025.

2. By this stipulation, the defendant now moves to **continue** the **status conference** until **September 09, 2025, at 9:00 a.m.**, and to exclude time between August 05, 2025, and September 09, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 200 pages of documents and records, as well as video and audio recordings. A significant portion of this discovery is subject to a protective order previously entered in this case

to safeguard the identity of a minor victim. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial. This process requires additional time due to the discovery-handling restrictions imposed by the protective order.

        c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 05, 2025, to September 09, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 23, 2025                                KIMBERLY A. SANCHEZ
                                                    Acting United States Attorney

                                                    /s/ SAM STEFANKI
                                                    SAM STEFANKI
                                                    Assistant United States Attorney

Dated: July 23, 2025                                /s/ DOUGLAS BEEVERS
                                                    DOUGLAS BEEVERS
                                                    Counsel for Defendant
                                                    DEONTE DESHAWN MORGAN

## ORDER

IT IS SO ORDERED.

Dated: July 25, 2025                                /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE