UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 31, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEONTE DESHAWN MORGAN

Defendant.

Case No. 2:25-cr-0132 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DEONTE DESHAWN MORGAN Case No. 2:25-cr-0132 JAM Charges 18 USC § 2251(a) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__x__ Unsecured Appearance Bond $  100,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): Defendant's release is DELAYED until 8/1/2025 8:30 AM.

Issued at Sacramento, California on July 31, 2025 at 2:42 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney