# SPECIAL CONDITIONS OF RELEASE

FILED
Jul 31, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Re: Morgan, Deonte Deshawn
No.: 2:25-CR-00132-JAM-1
Date: July 31, 2025

1. Your release on bond is delayed until August 1, 2025, at 8:30 a.m., at which time you must report directly to the Pretrial Services office in Sacramento for the installation of the location monitoring equipment;

2. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

3. You are released to the third-party custody of **Davontre Marquise Thompson**, and you must reside with your third party custodian at his residence, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California**, unless otherwise approved in advance by the pretrial services officer;

6. You must surrender any passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must refrain from **excessive** use of alcohol;

9. You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing;

11. You must not associate or have any contact with the alleged victim, and/or the victim’s family, as specified in the Criminal Protective Order;

12. You must remain at least 1,000 feet away from the alleged victim’s residence and/or place of employment, and as specified in the Criminal Protective Order;

13. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

14. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include **a location monitoring technology as**

**directed by the pretrial services officer.** You must comply with all instructions for the use and operation of the location monitoring technology as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

15. **HOME DETENTION:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf.

16. You must not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

17. You must not access the Internet and you must provide proof of the disconnection or termination of this service as required by the pretrial services officer;

18. You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. Your brother/third party custodian, is authorized to have one password protected smartphone, which you will not have access to;

19. You must not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

20. You must not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and,

21. You must not be employed or participate in any volunteer activities in which there is the likelihood of contact with children under the age of 18.