HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
DEONTE MORGAN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00132-JAM |
| Plaintiff, | **THIRD STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| DEONTE DESHAWN MORGAN, | Date: September 9, 2025 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Eric Grant, United States Attorney, through Assistant United States Samuel Stefanki, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Assistant Federal Defender Douglas Beevers, attorney for Deonte Morgan, that the status conference, currently scheduled for September 9, 2025, be **continued** to **September 23, 2025, at 9:00 a.m.**

Defense counsel requests the additional time to review further discovery that relates to charges which the Government plans to file shortly.  Defense also needs time to review prior testimony of the alleged victim. Counsel for the government has no objection to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 23, 2025;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

1   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

2                                        Respectfully submitted,

3

4   Dated:  September 2, 2025

                                         HEATHER E. WILLIAMS
5                                        Federal Defender

6                                        /s/ Douglas Beevers
                                         DOUGLAS BEEVERS
7                                        Assistant Federal Defender
                                         Attorney for Defendant
8                                        AKASH SINGH

9   Dated:  September 2, 2025

10                                       ERIC GRANT
                                         United States Attorney

11                                       /s/ Samuel Stefanki
                                         SAMUEL STEFANKI
12                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety

4

as its order.

5

6

September 04, 2025

7

_____
JOHN A. MENDEZ,

8

 - SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28