```
 1  ERIC GRANT
    United States Attorney
 2  SAM STEFANKI
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
 5
 6  Attorneys for Plaintiff
    United States of America
 7
```

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00132-JAM |
| 12              Plaintiff, | **FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| 13       v. | |
| 14  DEONTE DESHAWN MORGAN, | DATE: September 23, 2025<br>TIME: 9:00 a.m. |
| 15              Defendant. | COURT: Hon. John A. Mendez |

16

17

18                           **STIPULATION**

19     Plaintiff United States of America (the "government"), by and through its counsel of record, and

20  defendant Deonte Deshawn Morgan, by and through his counsel of record, hereby stipulate as follows:

21     1.     By previous order, this matter was set for status on September 23, 2025.

22     2.     By this stipulation, the defendant now moves to continue the **status conference** until

23  **November 04, 2025, at 9:00 a.m.**, and to exclude time between September 23, 2025, and November 04,

24  2025, under Local Code T4.

25     3.     The parties agree and stipulate, and request that the Court find the following:

26        a)     The government has represented that the discovery associated with this case

27  includes over 200 pages of documents and records, as well as video and audio recordings. A

28  significant portion of this discovery is subject to a protective order previously entered in this case

to safeguard the identity of a minor victim. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial. This process requires additional time due to the discovery-handling restrictions imposed by the protective order.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense counsel is scheduled to meet with his client later this week to discuss the status of this case, and anticipates making progress in reviewing discovery and discussing possible resolutions.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2025, to November 04, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 16, 2025           ERIC GRANT
                                     United States Attorney


                                     /s/ SAM STEFANKI
                                     SAM STEFANKI
                                     Assistant United States Attorney


Dated:  September 16, 2025           /s/ DOUGLAS BEEVERS
                                     DOUGLAS BEEVERS
                                     Counsel for Defendant
                                     DEONTE DESHAWN MORGAN

## ORDER

IT IS SO ORDERED.

Dated:  September 16, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE