```
ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEONTE DESHAWN MORGAN,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-cr-00132-JAM<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: November 4, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Deonte Deshawn Morgan, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 4, 2025.

2. By this stipulation, the defendant now moves to continue the status conference until **January 27, 2026, at 9:00 a.m**., and to exclude time between November 4, 2025, and January 27, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes over 200 pages of documents and records, as well as video and audio recordings. A significant portion of this discovery is subject to a protective order previously entered in this case

to safeguard the identity of a minor victim. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial. This process requires additional time due to the discovery-handling restrictions imposed by the protective order. Furthermore, the government extended a plea offer to the defendant earlier this year, and the defendant desires additional time to review the produced discovery in light of the government's offer to resolve the case.

      c)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense counsel is scheduled to meet with his client next week to discuss the status of this case, and anticipates making progress in reviewing discovery and discussing possible resolutions during that meeting.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2025, to January 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 23, 2025

ERIC GRANT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: October 23, 2025

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Counsel for Defendant
DEONTE DESHAWN MORGAN

## ORDER

IT IS SO ORDERED.

Dated: October 24, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE