HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
DEONTE DESHAWN MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-00132-JAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO TEMPORARILY MODIFY SPECIAL CONDITIONS OF RELEASE |
| DEONTE DESHAWN MORGAN, | ) |
| Defendant. | ) Judge: Hon. Chi Soo Kim |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Sam Stefanki, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, attorney for defendant Deonte Deshawn Morgan, that the conditions of his release be modified in order to allow him to attend his Grandmother's funeral on Wednesday December 3, 2025 at Mount Calvary Baptist Church--1735 Enterprise Drive in Fairfield California, from 9:30-11:30 am and then the burial at Rolling Hills Memorial Park in Richmond California until 5:00 pm.  Defendant will be supervised at all times by his brother/third party custodian Devontre Thompson.

Mr. Morgan has been compliant with all the conditions of the Special Conditions of Release filed on July 31, 2025 (ECF 26).  Mr. Morgan now requests that Condition 5 be

1  modified to allow Mr. Morgan to travel outside the Eastern District to attend the funeral service
2  and burial.  All other conditions will remain in place.  Pretrial Services has no objections to this
3  amendment.
4
5                                                              Respectfully submitted,
6   Dated: December 1, 2025                           HEATHER E. WILLIAMS
                                                      Federal Defender
7
8                                                     /s/ *Douglas Beevers*
                                                      DOUGLAS BEEVERS
9                                                     Assistant Federal Defender
                                                      Attorney for Defendant
10                                                    DEONTE DESHAWN MORGAN
11
    Dated: December 1, 2025                           ERIC GRANT
12                                                    United States Attorney
13                                                    /s/ *Sam Stefanki*
                                                      SAM STEFANKI
14                                                    Assistant U.S. Attorney
                                                      Attorney for Plaintiff

Stipulation for Modification of Terms of Release        -2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED:  December  2, 2025

_____
HON. CHI SOO KIM
United States Magistrate Judge