ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-cr-00132-JAM |
| Plaintiff, | **SIXTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| DEONTE DESHAWN MORGAN, | DATE: January 27, 2026 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Deonte Deshawn Morgan, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on January 27, 2026.

2.     By this stipulation, the defendant now moves to continue the status conference until **May 19, 2026, at 9:00 a.m.**, and to exclude time between January 27, 2026, and May 19, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes over 200 pages of documents and records, as well as video and audio recordings. A significant portion of this discovery is subject to a protective order previously entered in this case

to safeguard the identity of a minor victim. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial. This process requires additional time due to the discovery-handling restrictions imposed by the protective order. Furthermore, the government extended a plea offer to the defendant earlier this year, and the defendant desires additional time to review the produced discovery in light of the government's offer to resolve the case.

c)     The defendant is currently out of custody, and defense counsel is currently representing multiple other defendants who are housed in remote jails that require significant time to visit for case review purposes. Hence, defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation in this case, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 27, 2026, to May 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 12, 2026                          ERIC GRANT
                                                  United States Attorney


                                                  /s/ SAM STEFANKI
                                                  SAM STEFANKI
                                                  Assistant United States Attorney


Dated:  January 12, 2026                          /s/ DOUGLAS BEEVERS
                                                  DOUGLAS BEEVERS
                                                  Counsel for Defendant
                                                  DEONTE DESHAWN MORGAN


## ORDER

IT IS SO ORDERED.


Dated:  January 13, 2026


                                                  JOHN A. MENDEZ,
                                                  SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3