HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEONTE DESHAWN MORGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DEONTE DESHAWN MORGAN,<br>Defendants. | Case No. 2:25-cr-00132-JAM<br>**<u>EIGHTH</u> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Samuel Stefanki, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Deonte Deshawn Morgan, that the status conference scheduled for August 25, 2026, at 9:00 a.m., be vacated and the matter continued to November 17, 2026, at 9:00 a.m.

The defense requests the additional time in order to further review evidence and to conduct additional witness interviews.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

///

///

DATED: August 10, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for DEONTE DESHAWN MORGAN

DATED: August 10, 2026

ERIC GRANT
United States Attorney

*/s/ Samuel Stefanki*
SAMUEL STEFANKI
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the August 25, 2026 status conference shall be **CONTINUED** until **November 17, 2026, at 9:00 a.m.**

Dated: August 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE